United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 04-51419
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ROBERT HUGO SUL,

                              Defendant-Appellant.

---------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:03-CR-410-ALL
---------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Counsel appointed to represent Robert Hugo Sul ("Sul") on

appeal has moved for leave to withdraw from this direct appeal

and has filed a brief as required by <u>Anders v. California</u>, 386

U.S. 738 (1967).  Sul has filed a response wherein he raises

issues including an allegation of ineffective assistance of trial

counsel.  We conclude that the record is insufficiently developed

to allow consideration on direct appeal of Sul's claims of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ineffective assistance of counsel.  <u>See</u> <u>United</u> <u>States v.</u>
<u>Brewster</u>, 137 F.3d 853, 859 (5th Cir. 1998).

Our independent review of counsel's brief, the record, and Sul's response discloses no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED without prejudice to Sul's right to raise his ineffective assistance of counsel claims in a 28 U.S.C. § 2255 proceeding.  <u>See</u> 5TH CIR. R. 42.2.